Askia S. ASHANTI, Plaintiff–Appellant,

v.

R.J. REYNOLDS TOBACCO CORPORATION; Philip Morris; Brown and Williamson Tobacco Corporation; American Tobacco Company, Defendants–Appellees.

No. 00–16104.

United States Court of Appeals, Ninth Circuit.

Submitted Jan. 8, 2001[1].

Decided Jan. 24, 2001.

Before SNEED, O'SCANNLAIN, and KLEINFELD, Circuit Judges.

MEMORANDUM[2]

Askia S. Ashanti, a California state prisoner, appeals pro se from the district court's judgment dismissing his 42 U.S.C. § 1983 action pursuant to 28 U.S.C. § 1915A as frivolous. We have jurisdiction pursuant to 28 U.S.C. § 1291. We review for abuse of discretion a dismissal of a complaint as frivolous, *see James v.*

---

4. Bryant's motions filed October 27, 2000 and Bryant's request to take judicial notice filed September 26, 2000 are denied.

1. The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

*Madison St. Jail,* 122 F.3d 27, 27 n. 1 (9th Cir.1997) (per curiam), and we affirm.

 Ashanti contends that his allegation of the existence of a contract between the defendant tobacco companies and the prison for the sale of cigarettes renders the defendants state actors. This contention lacks merit. The fact that a private firm receives revenues from the government does not by itself provide a basis for holding that the firm is a state actor. *See Vincent v. Trend W. Technical Corp.,* 828 F.2d 563, 567–68 (9th Cir.1987).

AFFIRMED.

---

1. The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

2. This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as may be provided by 9th Cir. R. 36–3.